# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of WISCONSIN

Case Number: 12-CV-73

Plaintiff:
**HY CITE ENTERPRISES, LLC**

vs.

Defendant:
**STEVEN POLLACK, ET AL**

For:
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney St.
Suite 700
Madison, WI 53701-1806

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **TRISTATE R. P. , INC. C/O STEVEN POLLACK, 14 HEMINGWAY DRIVE, DIX HILLS, NY 11746**.

I, Howard Ettinger, being duly sworn, depose and say that on the **6th day of April, 2012** at **7:48 am**, I:

Served the above entity by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT , CIVIL COVER SHEET , DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST AND OTHER FORMS** to: **STEVEN POLLACK** as **AUTHORIZED** at the address of: **14 HEMINGWAY DRIVE, DIX HILLS, NY 11746**, who stated they are authorized to accept service for **TRISTATE R. P. , INC.**

**Description** of Person Served:  Age: 55,  Sex: M,  Race/Skin Color: WHITE,  Height: 6'3",  Weight: 200,  Hair: SALT & PEPPER,  Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 6th day of April, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20__

Howard Ettinger
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Box 1637
Smithtown, NY 11787
(631) 724-4925

Our Job Serial Number: GOT-2012002828

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h