UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
------------------------------------------------------------------- x
                                                                               : Case No.: 12-cv-73 (BBC)
HY CITE ENTERPRISES, LLC,                              :

                         Plaintiff,                                   :

          -v -                                                     :

STEVEN POLLACK,                                         :
SELECTIVE DESIGNS OF NEW YORK, INC.,   :
AND TRISTATE R.P., INC.,                       :

                       Defendants.      x
-------------------------------------------------------------------

**DEFENDANTS' MOTION FOR RECONSIDERATION**

{00565691.DOC;2 }                         1

PLEASE TAKE NOTICE THAT Defendant Steven Pollack, by his attorneys, Stafford Rosenbaum LLP, moves the court to partially reconsider its April 9, 2012 order granting plaintiff's motion for temporary injunction, which stayed the arbitration proceeding that defendant previously filed in New York. Defendant requests that the court amend its order to allow the arbitration proceeding to continue on claim 1 in defendant's demand for arbitration.

Dated: May 7, 2012.

    STAFFORD ROSENBAUM LLP

    By: \_\_\_\_\_/s/ Jon Evenson_____
    Brian Butler
    Jon Evenson
    222 West Washington Avenue, Suite 900
    P.O. Box 1784
    Madison, Wisconsin 53701-1784
    (608) 259.2642
    *Attorneys for Defendant Steven Pollack*